APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Khalil Muhammad
(Please print)

STREET ADDRESS: PO Box 7733

CITY/STATE/ZIP: Chicago, IL 60680

PHONE NUMBER: 773-251-3556

CASE NUMBER: 1:10-cv-07197
Judge Milton I. Shadur
Magistrate Judge Young B. Kim

Khalil Muhammad
Signature

11-8-10
Date

FILED
NOV - 8 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT